```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMO GARCIA,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

22-cv-1453 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      After the Court administratively closed this case for deficient filing [ECF No. 2], Plaintiff refiled a corrected complaint on June 22, 2022 [ECF No. 5], and the Court reopened the action on September 1, 2022 [ECF No. 8]. Plaintiff shall complete service by December 1, 2022.

SO ORDERED.

Dated:   October 17, 2022
          New York, New York

_____
MARY KAY VYSKOCIL
United States District Court